USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/31/2022__

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

BENJAMIN LEVINE,                                                    Index No. 1:22-mc-00277

                    Plaintiff,

       -vs-                                                     **ORDER AUTHORIZING COMPLAINT TO BE FILED UNDER SEAL**

CENTURION ISG (EUROPE) LIMITED and
CENTURION INSURANCE SERVICES GROUP, LLC,
AS AGENT TO CENTURION ISG (EUROPE) LIMITED,

                    Defendants.
-------------------------------------------------------------------x

        Upon motion of Plaintiff Benjamin Levine and the Declaration of Peta Gordon dated October 6, 2022, and good cause being alleged therefore, it is hereby

        ORDERED, that the Complaint and accompanying Exhibit A to the Complaint in the above-captioned action be filed under seal pending further order of the Court.

Dated: New York, New York
       October 31, 2022

                          SO ORDERED:

                          _____
                          ANALISA TORRES
                          United States District Judge